# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   SACR 16-153-AG                                      Date: April 24, 2017

Present: The Honorable:   ANDREW J GUILFORD

| Lisa Bredahl | Miriam Baird | Jason Scheff/Jorge Almonte |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| DAN FARHAD KALILI | ☐ | ☒ | Edward Robbins Jr | ☒ | ☐ | ☐ | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**   ☐ Contested   ☒ Non-Evidentiary
                    Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  **X**  Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
  commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ☐ Perform ___ hours of community serv___ ___ fine amounts & times determined by P/O.
  ☐ Serve ___ in a CCC/CT ☐ ___ Make $___ restitution in amounts & times determined by PO.
Pay
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $___ per count, special assessment to the United States for a total of $_____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis___ . Processed statement of reasons ☐
**X** Bond Exonerated **X** upon surrender ___ upon service of _____
**X** Execution of sentence is stayed until 12 noon, May 26, 2017
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

cc:                                                                                       : 55
                                                  **Initials of Deputy Clerk**   lmb

CR-90 (05/15)                    Criminal Minutes – General                    Page 1 of 1